# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>Highland Capital Management LP,<br><br>*Debtor,* | § § § § § § | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| **Charitable DAF Fund, L.P.,**<br><br>*Appellant,*<br><br>**v.**<br><br>**Alvarez & Marsal CRF Management, LLC**<br><br>*Appellee.* | § § § § § § § § § § § | Case No. 3:25-cv-00236-L<br><br>*On Appeal from the United States Bankruptcy Court for the Northern District of Texas, Dallas Division Adversary Proceeding No. 24-03073-sgj* |

### NOTICE OF APPEARANCE OF ANDREA CALHOUN
### AS COUNSEL FOR ALVAREZ & MARSAL CRF MANAGEMENT, LLC

PLEASE TAKE NOTICE that Appellee Alvarez & Marsal CRF Management, LLC ("Appellee") hereby provides notice that attorney Andrea Calhoun is appearing as its counsel of record in this case. Appellee respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Ms. Calhoun as follows:

> Andrea Calhoun
> GIBSON, DUNN & CRUTCHER LLP
> 2001 Ross Avenue Suite 2100
> Dallas, TX 75201-2923
> Telephone: (214) 698-3279
> acalhoun@gibsondunn.com

Dated: February 7, 2025                    Respectfully submitted,

                                                      By: */s/ Andrea Calhoun*
                                                     Andrea Calhoun
                                                     Texas Bar No. 24116697
                                                     GIBSON, DUNN & CRUTCHER LLP
                                                     2001 Ross Avenue, Ste. 2100
                                                     Dallas, Texas 75201-2923
                                                     Telephone: (214) 698-3279
                                                     Facsimile: (214) 571-2908
                                                     acalhoun@gibsondunn.com

                                                     *Counsel for Appellee*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 7th day of February 2025, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

                                                   */s/ Andrea Calhoun*
                                                   Andrea Calhoun