# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: <br><br> Highland Capital Management LP, <br><br> *Debtor,* | § § § § § § | Chapter 11 <br><br> Case No. 19-34054-sgj11 |
| Charitable DAF Fund, L.P., <br><br> *Plaintiff-Appellant,* <br><br> v. <br><br> Alvarez & Marsal CRF Management, LLC <br><br> *Defendant-Appellee.* | § § § § § § § § § § § | Case No. 3:25-cv-00236-L <br><br> *Adversary Proceeding No. 24-03073-sgj* <br> *United States Bankruptcy Court for the* <br> *Northern District of Texas,* <br> *Dallas Division* |

## JOINT NOTICE OF SETTLEMENT

Appellant and Plaintiff below Charitable DAF Fund, L.P. ("DAF") and Appellee and Defendant below Alvarez & Marsal CRF Management, LLC ("A&M") (DAF and A&M are collectively referred to herein as the "Parties" and individually as a "Party") file this Joint Notice of Settlement, and would respectfully show as follows:

The Parties have reached a final written agreement settling all claims and controversies that are the subject of this appeal, with court costs and attorneys' fees to be paid by the Party incurring the same except as otherwise agreed by the Parties. On April 29, 2024, the Parties filed a Joint Stipulation of Dismissal in the underlying Adversary Proceeding No. 24-03073-sgj in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and this Court was verbally notified of the settlement. Accordingly, the Parties jointly request dismissal

of this appeal with prejudice. The Parties appreciate the Court's attention to this case.

WHEREFORE, PREMISES CONSIDERED, having provided notice of the final settlement of all claims and controversies that are the subject of this appeal, the Parties respectfully request that this appeal be dismissed with prejudice, with court costs and attorneys' fees paid by the Party incurring the same, except as otherwise agreed by the Parties.

Dated: April 29, 2025

        Respectfully submitted,

By: /s/ *Sawnie A. McEntire*
    Sawnie A. McEntire
    Texas State Bar No. 13590100
    smcentire@pmmlaw.com
    James J. McGoldrick
    State Bar No. 00797044
    jmcgoldrick@pmmlaw.com
    Ian B. Salzer
    State Bar No. 24110325
    isalzer@pmmlaw.com
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Facsimile: (214) 237-4340

    Roger L. McCleary
    Texas State Bar No. 13393700
    rmccleary@pmmlaw.com
    One Riverway, Suite 1800
    Houston, Texas 77056
    Telephone: (713) 960-7315
    Facsimile: (713) 960-7347

***Attorneys for Appellant***
***Charitable DAF Fund, L.P.***

By: /s/ *John T. Cox III*
    John T. Cox III
    Texas Bar No. 24003722
    Andrea Calhoun
    Texas Bar No. 24116697
    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Ste. 2100

Dallas, Texas 75201-2923
Telephone: (214) 698-3256
Facsimile: (214) 571-2923
TCox@gibsondunn.com
acalhoun@gibsondunn.com

Marshall King (Pro Hac)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue New York, NY 10166
Telephone: (212) 351-3905
Facsimile: (212) 351-5243
mking@gibsondunn.com

***Attorneys for Appellee***
***Alvarez & Marsal CRF Management, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April 2025, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*/s/ Roger L. McCleary*
Roger L. McCleary