**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | § § § § § § | Chapter 11 |
| Highland Capital Management LP, | | |
| *Debtor,* | | Case No. 19-34054-sgj11 |
| Charitable DAF Fund, L.P., | § § § § § § § § § | Case No. 3:25-cv-00236-L |
| *Plaintiff-Appellant,* | | |
| v. | | *Adversary Proceeding No. 24-03073-sgj* *United States Bankruptcy Court for the* |
| Alvarez & Marsal CRF Management, LLC | | *Northern District of Texas,* *Dallas Division* |
| *Defendant-Appellee.* | | |

**JOINT STIPULATION OF DISMISSAL**

Appellant and Plaintiff below Charitable DAF Fund, L.P. ("DAF") and Appellee and

Defendant below Alvarez & Marsal CRF Management, LLC ("A&M") (DAF and A&M are

collectively referred to herein as the "Parties" and individually as a "Party") file this Joint

Stipulation of Dismissal, and would respectfully show as follows:

The Parties have reached a final written agreement settling all claims and controversies that

are the subject of this appeal, with court costs and attorneys' fees to be paid by the Party incurring

the same except as otherwise agreed by the Parties. Accordingly, and pursuant to this Court's Order

in this appeal dated April 30, 2025 [Dkt. 10], the Parties hereby STIPULATE and AGREE that this

appeal, Case No. 3:25-cv-00236-L, in the United States District Court for the Northern District of

Texas, Dallas Division, ("Appeal") be DISMISSED WITH PREJUDICE pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each of the Parties to bear its own costs

and fees in this Appeal except as otherwise agreed between the Parties.

Dated: May 1, 2025

Respectfully submitted,

By: /s/ Sawnie A. McEntire
    Sawnie A. McEntire
    Texas State Bar No. 13590100
    smcentire@pmmlaw.com
    James J. McGoldrick
    State Bar No. 00797044
    jmcgoldrick@pmmlaw.com
    Ian B. Salzer
    State Bar No. 24110325
    isalzer@pmmlaw.com
    Dallas, Texas 75201
    Telephone: (214) 237-4300
    Facsimile: (214) 237-4340

    Roger L. McCleary
    Texas State Bar No. 13393700
    rmccleary@pmmlaw.com
    One Riverway, Suite 1800
    Houston, Texas 77056
    Telephone: (713) 960-7315
    Facsimile: (713) 960-7347

    ***Attorneys for Appellant***
    ***Charitable DAF Fund, L.P.***

By: /s/ John T. Cox III
    John T. Cox III
    Texas Bar No. 24003722
    Andrea Calhoun
    Texas Bar No. 24116697
    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Ste. 2100
    Dallas, Texas 75201-2923
    Telephone: (214) 698-3256
    Facsimile: (214) 571-2923
    TCox@gibsondunn.com
    acalhoun@gibsondunn.com

    Marshall King (*Pro Hac*)
    GIBSON, DUNN & CRUTCHER LLP

2

200 Park Avenue New York, NY 10166
Telephone: (212) 351-3905
Facsimile: (212) 351-5243
mking@gibsondunn.com

***Attorneys for Appellee***
***Alvarez & Marsal CRF Management, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of May 2025, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

*<u>/s/ Roger L. McCleary</u>*
Roger L. McCleary